UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
2010-4913

POWERS KIRN, LLC
728 Marne Highway
P.O. Box 848
Moorestown, NJ 08057

In Re:

    Joselid Cedeno
    Nilda Cedeno

Order Filed on 11/23/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 10-33809-DHS

Hearing Date: 11/23/2010

Judge: Honorable Donald H. Steckroth

Chapter: 7

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 11/23/2010**

Honorable Donald H. Steckroth
United States Bankruptcy Judge

Upon the motion of Powers Kirn, LLC, Attorney for U.S. Bank Home Mortgage servicing agent for U. S. Bank N. A. , Successor in interest to the Federal Deposit Insurance Corporation as receiver for Downey Savings and Loan Association, F.A., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following

[X]   Real property more fully described as: 133 Port Ave, Elizabeth City, NJ

[ ]   Personal more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in actions(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

2

*Approved by Judge Donald H. Steckroth November 23, 2010*